```
             UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF FLORIDA
                 FORT PIERCE DIVISION
```

Case No. 09-14157-CIV-GRAHAM/WHITE

ADAM J. MOTLOW,

    Plaintiff,

vs.

WALTER MCNEIL, ET AL.,

    Defendant.

_____/

### ORDER

**THIS CAUSE** came before the Court upon Plaintiff's second Motion for a Temporary Restraining Order [D.E. 39].

**THE MATTER** was referred to the Honorable United States Magistrate Judge Patrick A. White. The Magistrate Judge issued a Report [D.E. 68] finding that the Motion is moot because there is no longer any case or controversy. Thus, the Magistrate Judge recommended that Plaintiff's motion be denied as moot. Plaintiff has not filed objections to the Magistrate Judge's Report.

**THE COURT** has conducted an independent review of the file and is otherwise fully advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that United States Magistrate Judge White's Report [D.E. 68] is **RATIFIED, AFFIRMED and APPROVED** in its entirety. It is further

**ORDERED AND ADJUDGED** that Plaintiff's Motion for Temporary

Restraining Order [D.E. 39] is **DENIED as moot.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 14th day of April, 2010.

                                                                                    _____
                                                                                    DONALD L. GRAHAM
                                                                                    UNITED STATES DISTRICT JUDGE

cc:   U.S. Magistrate Judge White
        Adam J. Motlow, Pro Se
        All Counsel of Record