UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case No. 09-14157-CIV-GRAHAM/WHITE

ADAM J. MOTLOW,

    Plaintiff,

vs.

WALTER MCNEIL, ET AL.,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court upon Defendant Brooks-Campbell's Motion to Dismiss [D.E. 38] construed as a motion for summary judgment.

**THE MATTER** was referred to the Honorable United States Magistrate Judge Patrick A. White. The Magistrate Judge issued a Report [D.E. 78] finding that in the absence of a showing of deliberate indifference on the part of defendant Brooks-Campbell, her motion to dismiss [D.E. 38], treated as a motion for summary judgment, should be granted. Plaintiff did not file objections to the Magistrate Judge's Report.

**THE COURT** has conducted an independent review of the file and is otherwise fully advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that United States Magistrate Judge White's Report [D.E. 78] is **RATIFIED, AFFIRMED and APPROVED** in its

entirety. It is further

**ORDERED AND ADJUDGED** that Defendant Brooks-Campbell's Motion to Dismiss [D.E. 38], construed as a motion for summary judgement is **Granted.** It is further

**ORDERED AND ADJUDGED** that the case proceed on the plaintiff's separate claims against the defendant Dr. Bhadja, whose motion to dismiss [D.E. 37] remains pending before the Court.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 27th day of April, 2010.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge White
　　Adam J. Motlow, Pro Se
　　All Counsel of Record